IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHRISTOPHER JAMES LEE**                                            **PETITIONER**

**vs.**                                                **CIVIL ACTION No.: 3:20-CV-713-HTW-LGI**

**WARDEN STEVEN REISER**                                         **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 25]**. In her Report and Recommendation, filed on March 7, 2023, Magistrate Judge Isaac recommended that Petitioner Christopher James Lee's petition for writ of habeas corpus under 28 U.S.C. §2241 be dismissed. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 25]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Christopher James Lee's Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED** as moot at this juncture.

**SO ORDERED this the 9th day of February, 2024.**

                                            **/s/HENRY T. WINGATE**
                                            **UNITED STATES DISTRICT COURT JUDGE**